UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHARIAN LLOYD,

    Plaintiff,

v.

THE CITY OF DETROIT, a Municipal
Corporation, OFFICER LISA RAY,
OFFICER PATRICE COOPER,
OFFICER MCCULLOUGH,
SERGEANT KENNETH GERMAIN,
SERGEANT MARSHALL and OFFICER
JOHN DOE, in their individual and official
capacities, jointly and severally,

    Defendants.
_____/

Case No: 2:10-cv-14903

Hon. Robert H. Cleland
Magistrate Judge R. Steven Whalen

JON R. GARRETT, P.C.
By: JON R. GARRETT (P25777)
Attorney for Plaintiff
535 Griswold Ste: 1650
Detroit, MI 48226
(313) 961-1885
KimBundy@sbcglobal.net

THE SMITH LAW OFFICES, P.C.
By: SAMANTHA S. SMITH (P72370)
Lead Counsel for Plaintiff
2006 S. Wayne Rd.
Westland, MI 48186
(734) 729-4465
SamSmith22@sbcglobal.net

JERRY L. ASHFORD (P47402)
CITY OF DETROIT LAW DEPARTMENT
Attorney for Defendants Detroit. Ray, Cooper,
   Germain and Marshall only
660 Woodward Avenue
1650 First National Building
Detroit, MI 48226
(313) 237-3089/fax: (313) 224-5505
ashfj@detroitmi.gov
sec: (313) 237-0463/pickl@detroitmi.gov

_____

**STIPULATED ORDER COMPELLING DEFENDANT
CITY OF DETROIT TO ANSWER INTERROGATORIES**

At a session of said Court held in the Federal Courthouse, in the County of Wayne, State of Michigan, on February 9, 2011

PRESENT: HON.   Robert H. Cleland
U.S. District Court Judge

This matter having come before the Court on the stipulation and agreement of the parties, and this Court being otherwise fully advised of the premises;

IT IS ORDERED that Defendant shall provide full and complete answers to Plaintiff's 1st Set of Interrogatories and Request for Production of Documents served on Defendant City of Detroit on November 15, 2010, within twenty-one (21) days from entry of Order.

 s/Robert H. Cleland
U.S. DISTRICT COURT JUDGE

Approved as to form:

s/ Samantha S. Smith
SAMANTHA S. SMITH (P72370)

s/ Jerry L. Ashford (w/ consent)
JERRY L. ASHFORD (P47402)