UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHARIAN LLOYD

      Plaintiff,

v.                                          Case No. 10-14903

CITY OF DETROIT, et al.,

      Defendants.

                                            /

**ORDER EXTENDING SUMMONS AND SETTING TELEPHONE CONFERENCE**

On January 11, 2011, Plaintiff filed a motion to extend the summons for the remaining unserved Defendant John Doe a/k/a McCullough. The court held a hearing on February 9, 2011, during which Plaintiff informed the court that the identity of Defendant Doe/McCullough remains unknown despite attempts at discovery. By stipulation of the parties, the court entered at that time an order compelling discovery relating to the identity of Defendant Doe/McCullough by March 2, 2011. For the reasons stated on the record, the court will grant Plaintiff's motion to extend the summons for the remaining Defendant until March 16, 2011. Additionally, a status conference shall be held following service, on March 31, 2011, or earlier if no additional Defendants are served with the complaint. The parties are instructed to notify the court immediately if the identity of the remaining Defendant is unable to be ascertained or if service cannot be made by the time set in this order. The court will issue a scheduling order for the above-captioned matter after the status conference. Accordingly,

IT IS ORDERED that "Plaintiff's Second Motion for Order to Extend Summonses" [Dkt. # 9] is GRANTED and the remaining summons is extended until **March 16, 2011**.

IT IS FURTHER ORDERED that counsel will participate in a telephone status conference on **March 31, 2011, at 10:00 a.m.**  The court will initiate the call.

   s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  February 11, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 11, 2011, by electronic and/or ordinary mail.

   s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522