UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHARIAN LLOYD,

    Plaintiff,

v.

THE CITY OF DETROIT, a Municipal
Corporation, OFFICER LISA RAY,
OFFICER PATRICE COOPER,
SERGEANT KENNETH GERMAIN,
SERGEANT MARSHALL and OFFICER
BRIAN M. FRANZ in their individual and official
capacities, jointly and severally,

    Defendants.
_____/

Case No: 2:10-cv-14903

Hon. Robert H. Cleland
Magistrate Judge R. Steven Whalen

| | |
|---|---|
| JON R. GARRETT, P.C.<br>By: JON R. GARRETT (P25777)<br>Attorney for Plaintiff<br>535 Griswold Ste: 1650<br>Detroit, MI 48226<br>(313) 961-1885<br>KimBundy@sbcglobal.net | THE SMITH LAW OFFICES, P.C.<br>By: SAMANTHA S. SMITH (P72370)<br>Co-Counsel for Plaintiff<br>2006 S. Wayne Rd.<br>Westland, MI 48186<br>(734) 729-4465<br>SamSmith22@sbcglobal.net |
| JERRY L. ASHFORD (P47402)<br>CITY OF DETROIT LAW DEPARTMENT<br>Attorney for Defendants Detroit, Ray,<br>   Cooper, Germain, Marshall only<br>660 Woodward Avenue<br>1650 First National Building<br>Detroit, MI 48226<br>(313) 237-3089/fax: (313) 224-5505<br>ashfj@detroitmi.gov<br>sec: (313) 237-0463/pickl@detroitmi.gov | JOHN A. SCHAPKA (P36731)<br>CITY OF DETROIT LAW DEPARTMENT<br>Co-Counsel for Defendant City of Detroit<br>660 Woodward Avenue, Suite 1650<br>Detroit, MI 48226<br>(313) 237-3062<br>schaj@law.ci.detroit.mi.us |

_____

**STIPULATED ORDER TO WITHDRAW PLAINTIFF'S MOTION TO COMPEL**

At a session of said Court held in the City of
Detroit, County of Wayne, State of
Michigan on:   5/2/2011

PRESENT: HON. _ROBERT H. CLELAND
U.S. DISTRICT COURT JUDGE

The parties, by and through their undersigned counsel, hereby stipulate and agree that Stipulated Order to Withdraw Plaintiff's Motion to Compel shall be entered with the permission of this Honorable Court.

**IT IS SO ORDERED** that Plaintiff's Motion to Compel More Specific Answers to Interrogatories be withdrawn and Defendant shall provide more complete Answers as directed by this Honorable Court within 14 days of the date of this Order.

s/Robert H. Cleland
U.S. DISTRICT COURT JUDGE

Prepared by:

/s/ Samantha S. Smith
SAMANTHA S. SMITH (P72370)
Attorney for Plaintiff

Approved as to form and content:

/s/ Jerry L. Ashford
JERRY L. ASHFORD (P47402)
Attorney for Defendant