**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

SHARIAN LLOYD,

    Plaintiff,

v.                                                        Case No. 10-14903

CITY OF DETROIT, et al.,

    Defendants.

                                                   /

**JUDGMENT**

In accordance with the court's "Opinion and Order Granting Defendants' Motion for Summary Judgment " dated December 28, 2011,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants City of Detroit, Lisa Ray, Patrice Cooper, Kenneth Germain, Sergeant Marshall, and Brian M. Franz and against Plaintiff Sharian Lloyd.  Dated at Detroit, Michigan, this 28th day of December 2011.

                                                        DAVID J. WEAVER
                                                        CLERK OF THE COURT


                                                        S/ Lisa Wagner
                                                   By:  Lisa Wagner, Case Manager
                                                       to Judge Robert H. Cleland